HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
LUIS SOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-0127-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE MARCH 7, 2017 REVIEW HEARING; ORDER** |
| vs. | |
| LUIS SOSA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Luis Sosa, that the review hearing currently scheduled for March 7, 2017, may be moved to April 19, 2017, at 10:00 a.m.

On May 3, 2016, the Court sentenced Mr. Sosa to twenty-four months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Sosa to pay a fine of $580.00 and a penalty assessment of $20.00, and to obtain his driver's license within eleven months from the start of probation. The Court also sentenced Mr. Sosa to thirty days in custody and set a surrender date of April 28, 2017, but noted that if Mr. Sosa is in compliance with the terms and conditions of his probation he may petition the Court to vacate this surrender date.

A review hearing is set for this matter on March 7, 2017, which is approximately ten months since the start of his probation. In order to provide Mr. Sosa with the time allotted to him by the Court to satisfy the conditions of his probation, the parties request that the March 7, 2017 review hearing be moved to April 19, 2017.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  March 6, 2017         /s/ Susan St. Vincent
                             Susan St. Vincent
                             Yosemite Legal Officer
                             Attorney for Plaintiff

                             HEATHER E. WILLIAMS
                             Federal Defender

Date: March 6, 2017          /s/ Reed Grantham
                             REED GRANTHAM
                             Assistant Federal Defender
                             Attorney for Defendant
                             LUIS SOSA

## **O R D E R**

The Court hereby grants the parties' request to continue the hearing from March 7, 2017, to April 19, 2017, at 10:00 a.m., in case number 6:15-mj-00127-MJS.

IT IS SO ORDERED.

Dated:   March 6, 2017            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

Sosa:  Stipulation to
Continue Hearing