1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   LUIS SOSA

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 6:15-mj-00127-MJS
                                       )
12                  Plaintiff,         )  **STIPULATION TO CONTINUE REVIEW**
                                       )  **HEARING AND SELF-SURRENDER DATE;**
13  vs.                                )  **ORDER**
                                       )
14  LUIS SOSA,                         )
                                       )
15                  Defendant.         )
                                       )
16  _____       )

17        IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Luis Sosa, that the Court continue the April 19,

20  2017 review hearing in this matter to May 16, 2017, at 10:00 a.m.

21        On May 3, 2016, the Court sentenced Mr. Sosa to twenty-four months of unsupervised

22  probation, with the conditions that he obey all laws and advise the Court and Government

23  Officer within seven days of being cited or arrested for any alleged violation of law. The Court

24  also ordered Mr. Sosa to pay a fine of $580.00 and a penalty assessment of $20.00, and to obtain

25  his driver's license within eleven months from the start of probation. The Court also sentenced

26  Mr. Sosa to thirty days in custody and set a surrender date of April 28, 2017, but noted that if Mr.

27  Sosa is in compliance with the terms and conditions of his probation he may petition the Court to

28  vacate this surrender date.

Mr. Sosa has paid his $600.00 fine, and has not been cited or arrested for any new law violation. On April 7, 2017, Mr. Sosa completed an 18 month multi-offender DUI program, which was a predicate for him being able to obtain his license. After completing his last class, he went to the DMV to obtain his license. While there, Mr. Sosa was informed that he had an outstanding failure to appear on a March 13, 2014 traffic violation in Kern County. Mr. Sosa put that matter back on calendar as soon as possible, which was April 17, 2017. Mr. Sosa appeared in Kern County on April 17, 2017 appeared on the ticket, and set up a payment plan for the ticket. He was told he would need to wait up to 10 days for the hold to be removed from his license. Once this hold is removed, he will be able to obtain his license.

In light of the above, the parties request that Mr. Sosa's review hearing be continued to May 16, 2017, and that Mr. Sosa's self-surrender date be moved to May 25, 2017. The government is in agreement with this request. Mr. Sosa is on unsupervised probation until May 3, 2018.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: April 17, 2017          */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 17, 2017          */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
LUIS SOSA

# **O R D E R**

The Court hereby grants the parties' request to continue the April 19, 2017 review hearing to May 16, 2017, at 10:00 a.m, and to continue Mr. Sosa's self-surrender date from April 28, 2017, to May 25, 2017., in case number 6:15-mj-00127-MJS.


IT IS SO ORDERED.


Dated:   April 18, 2017            /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE