HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
LUIS SOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00127-MJS |
|---|---|
| Plaintiff, | Case No. 6:16-mj-00001-MJS |
| vs. | **MOTION TO VACATE APRIL 3, 2018 REVIEW HEARING; ORDER** |
| LUIS SOSA, | |
| Defendant. | |

Defendant Luis Sosa hereby requests that the Court vacate the April 3, 2018 review hearing. The Government is in agreement with the request.

On May 3, 2016, the Court sentenced Mr. Sosa to 24 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Sosa to pay a $600 fine, to obtain his driver's license, and to serve 30 days in custody, suspended for the first 12 months of probation.

On May 16, 2017, the Court held Mr. Sosa's first review hearing, at which Mr. Sosa provided proof of his driver's license and the Court vacated Mr. Sosa's self-surrender date. The Court set a final review hearing for April 4, 2018.

At this point, Mr. Sosa has paid his fine in full, obtained his driver's license, and has had no new violations of law. Accordingly, Mr. Sosa respectfully requested that this Court vacate

the April 3, 2018 review hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 29, 2018                 /s/ *Hope Alley*
                                                  HOPE ALLEY
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  LUIS SOSA

**O R D E R**

Based on the parties' joint representation that Mr. Sosa is in compliance with the conditions of his probation, the Court vacates the April 3, 2018 review hearing in Case No. 6:15-mj-00127-MJS and Case No. 6:16-mj-00001-MJS.

IT IS SO ORDERED.

Dated:   March 30, 2018                 /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE